UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WASHINGTON,<br><br>    Petitioner,<br><br>  v.<br><br>D. OLLISON, warden,<br><br>    Respondent. | No. C 06-4490 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Petitioner has filed two applications for an extension of time to oppose respondent's motion to dismiss. Upon due consideration, the court GRANTS the applications. (Docket #15, #16.) Petitioner must file and serve on respondent's counsel his opposition to the motion to dismiss no later than **March 2, 2007**. Respondent must file and serve his reply brief (if any) no later than **March 23, 2007**.

    IT IS SO ORDERED.

DATED: February 1, 2007

                                                                           SUSAN ILLSTON
                                                                United States District Judge