**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES WASHINGTON,    No. C 06-4490 SI (pr)

    Petitioner,    **ORDER EXTENDING DEADLINE**

  v.

D. OLLISON, warden,

    Respondent.
                                    /

    Petitioner has applied for an enlargement of time to file his motion to amend and proposed amended petition. Upon due consideration, the application is GRANTED. (Docket # 28.) Petitioner must file and serve his motion to amend with a proposed amended petition no later than **August 3, 2007**. No further extensions of this deadline will be permitted.

    IT IS SO ORDERED.

DATED: June 20, 2007

                                                    _____
                                                    SUSAN ILLSTON
                                                  United States District Judge