UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WASHINGTON, | No. C 06-4490 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| D. OLLISON, warden, | |
| Respondent. | |

Respondent has filed two <u>ex parte</u> applications for an extension of time to respond to the petition for writ of habeas corpus. Having considered the applications and the accompanying declarations of attorney Jeremy Friedlander, the court GRANTS respondent's applications. (Docket # 40, 43.) Respondent must file and serve his answer to the petition for writ of habeas corpus no later than **March 6, 2009**. Petitioner must file and serve his traverse no later than **April 10, 2009.**

Petitioner's two motions for an evidentiary hearing are DENIED. (Docket # 41, # 42.) If, after the petition is fully briefed on the merits, the court determines that an evidentiary hearing is necessary it will order one <u>sua sponte</u>.

IT IS SO ORDERED.

DATED: December 12, 2008

SUSAN ILLSTON
United States District Judge