UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES WASHINGTON,    No. C 06-4490 SI (pr)

    Petitioner,    **ORDER EXTENDING DEADLINES**

v.

D. OLLISON, warden,

    Respondent.
                                 /

    Respondent has filed an ex parte application for a third extension of time to respond to the petition for writ of habeas corpus. Having considered the applications and the accompanying declarations of attorney Jeremy Friedlander, the court GRANTS respondent's application. (Docket # 46.) Respondent must file and serve his answer to the petition for writ of habeas corpus no later than **April 24, 2009.** No further extensions of this deadline will be permitted. Petitioner must file and serve his traverse no later than **May 29, 2009.**

    Petitioner's third motion for an evidentiary hearing is DENIED. (Docket # 45).

    IT IS SO ORDERED.

DATED: March 9, 2009

                                                    SUSAN ILLSTON
                                                    United States District Judge